NUMBER 13-06-594-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


A-TOUCH HOME HEALTH, INC., Appellant,


v.



MAGIC VALLEY HEALTH SERVICE, INC., ET AL., Appellees.

___________________________________________________________________


On appeal from County Court at Law No. One 


of Cameron County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, A-TOUCH HOME HEALTH, INC., perfected an appeal from a
judgment entered by County Court at Law No. One of Cameron County, Texas, in
cause number 2006-CCL-34-A. After the record was filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that it no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 10th day of May, 2007.